IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLUB VALIANTS, INC., et al.,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>CONCERNED AMERICAN FIRE<br>FIGHTERS ASSOCIATION, et al.,<br>　　Defendants. | :<br>:<br>:　　CIVIL ACTION<br>:　　NO. 09-5271<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW,** this 30th day of March, 2010, upon review of the Motion to Dismiss filed by Defendant the City of Philadelphia [Doc. No. 11], and noting that Plaintiffs subsequently filed a First Amended Complaint [Doc. No. 14] and the City of Philadelphia filed a Motion to Dismiss the First Amended Complaint [Doc. No. 15], it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 11] is **DISMISSED** as **MOOT.**

　　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**