IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLUB VALIANTS, INC., et al.,<br>　　Plaintiffs,<br><br>　　　v.<br><br>CONCERNED AMERICAN FIRE<br>FIGHTERS ASSOCIATION, et al.,<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 09-5271 |

**O R D E R**

**AND NOW,** this 14th day of April, 2010, upon review of Defendant Concerned American Fire Fighters Association's Motion to Dismiss for Lack of Service [Doc. No. 23], and hearing no opposition to this Motion, and noting that this defendant was not served, it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint is dismissed with prejudice as to Defendant Concerned American Fire Fighters Association only, and the Clerk of Court is **DIRECTED** to terminate Concerned American Fire Fighters Association as a party.

　　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**