UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CLUB VALIANTS, INC., et al.,

    *Plaintiffs,*

v.

CITY OF PHILDELPHIA, et al.,

    *Defendants.*

Civ. No.: 09-cv-05271-CMR

FILED
APR 22 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

AND NOW, this 22nd day of April, 2010, upon consideration of Plaintiffs' Motion to Enlarge Time to Respond to Defendant the City of Philadelphia's Motion to Dismiss Plaintiff's First Amended Complaint, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**AND IT IS FURTHER ORDERED** that Plaintiffs shall file their response to the aforesaid Motion within **10 days** of the date of entry of this Order.

BY THE COURT:

*/s/ Cynthia M. Rufe*
HON. CYNTHIA M. RUFE, U.S.D.J.

LAW OFFICES OF: MILDENBERG AND STALBAUM, P.C.
123 SOUTH BROAD STREET, SUITE 1610
PHILADELPHIA, PENNSYLVANIA 19109
(215) 545-4870   |   WWW.MILANDSTAL.COM